JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony McDonald,<br><br>        Plaintiff,<br><br>    v.<br><br>Caliber Home Loans, Inc., a Delaware Corporation, and U.S. BANK TRUST, N.A., a National Corporation; and DOES 1-100, INCLUSIVE<br><br>        Defendants. | Case No. 8:18-cv-00537-JLS-AS<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANTS CALIBER HOME LOANS, INC., SUMMIT MANAGEMENT COMPANY, LLC AND U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** |

| | |
|---|---|
| 1 | Based upon the Stipulation submitted by plaintiff Anthony McDonald ("Plaintiff"), and defendants Caliber Home Loans, Inc. ("Caliber"), Summit Management Company, LLC ("Summit") and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") (collectively, "Defendants"), it is hereby **ORDERED, ADJUDGED AND DECREED**: |

Based upon the Stipulation submitted by plaintiff Anthony McDonald ("Plaintiff"), and defendants Caliber Home Loans, Inc. ("Caliber"), Summit Management Company, LLC ("Summit") and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") (collectively, "Defendants"), it is hereby **ORDERED, ADJUDGED AND DECREED**:

Plaintiff's Complaint as to Caliber, Summit and U.S. Bank is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: August 30, 2018      By: ___JOSEPHINE L. STATON___
                                United States District Judge